STATE of Missouri, Respondent,

v.

Dwayne FERGUSON, Appellant.

Dwayne FERGUSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50291, WD 51275.

Missouri Court of Appeals,
Western District.

April 23, 1996.

Jarrett Aiken Johnson, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SMITH, JJ.

## ORDER

PER CURIAM:

Consolidated appeal from convictions, following a jury trial, of one count of burglary in the second degree, § 569.170, RSMo 1994, and one count of misdemeanor stealing, § 570.030.3(k), and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).